# EXHIBIT A



Source: https://mangorx.com/Product/Trim



Source: https://mangorx.com/Product/Trim

Case 3:24-cv-02634-D    Document 1-1    Filed 10/21/24    Page 3 of 17    PageID 24



Home  /  Catalog  /  Trim







⊕ Hover to zoom

# Trim (Oral Tirzepatide) Protocol

# $399.00

Trim by MangoRx is a groundbreaking weight loss solution. Our innovative formula, using the power of Tirzepatide, offers an effective and safe method for shedding excess weight and reaching your body goals faster than ever before.

**Select Pack Quantity**

30 Day Supply

Order Now

**More Information** | How It Works | The Fine Print

## Watch the weight (and the tablet) dissolve

Use it and Lose it

Introducing Mango Trim: the next generation of weight management. Using the power of Tirzepatide, Trim works to increase insulin production and lower glucagon secretion while targeting areas in the brain that regulate appetite and food intake.* All of these revolutionary benefits are packed into a once-daily dissolvable tablet.

- **No Needles Necessary**: Our citrus-flavored dissolvable tablets make painful, inconvenient weekly injections a thing of the past. With Mango Trim, you can watch the pounds melt away as fast as our daily tablets.
- **Feel Better Inside and Out**: Clinical trials show that Tirzepatide facilitates weight loss and significantly improves blood sugar control. This blood sugar maintenance reduces the risk of other obesity-related diseases, such as diabetes.
- **Balanced Blood Sugar, Happy You**: Enhancing the impacts within Trim involves leveraging GIP (glucose-dependent insulinotropic polypeptide), a hormone secreted by the gut in response to food intake. This hormone plays a crucial role in managing blood sugar levels, especially in the context of carbohydrate and fat consumption. GIP facilitates sugar absorption and utilization by signaling the pancreas to release insulin. Additionally, it prevents excessive sugar production by the liver.

*Although Mango Trim can help contribute to weight loss, it's important to complement Tirzepatide with a balanced diet and regular exercise. Schedule a free, 100% online consultation with one of our licensed professionals and start your journey to a healthier you.*



# Frequently Asked Questions

## About Company

Why is MangoRx only available in certain states?                                    +

What states is MangoRx available in?                                                +

Who are the MangoRx medical providers?                                              +

Is my information safe with MangoRx?                                                +

Where are your products fulfilled?                                                  +

## Ordering And Shipping

Does MangoRx provide a money-back guarantee?    +

How do I order products from MangoRx?    +

How long does it take to receive my order?    +

Will a medical provider contact me?    +

How do I know the date of my next refill?    +

What shipping courier do you use?    +

Why was my order labeled "returned to sender"?    +

Is shipping free?    +

Can I get my prescription sent to a local pharmacy?    +

I have a question for the pharmacy, how do I contact them?    +

Do I need insurance to shop with MangoRx?    +

Do I need a prescription to order your products?    +

Why do I need to complete a medical questionnaire to order your products?    +

When am I charged after I place my order?    +

When will I receive my order?  +

Do I need to be home to sign for my order?  +

Can I return my shipment?  +

How do I cancel my order?  +

Is the packaging discreet?  +

# Subscription

Can I get a subscription for my MangoRx Product?  +

How do I update my payment information?  +

How can I see my previous orders?  +

Can I order just one pack to try it out?  +

How do I cancel, or pause my monthly subscription?  +

# Erectile Function

How does Mango work? Will it get me hard?  +

What if there is powder residue in my sachet with the pill when I open it?  +

What if my pill is broken?                                                                                    +

What if I am not prescribed Mango as a treatment option by the physician?   +

What makes Mango different?                                                                                   +

How long do the effects of Mango last?                                                                        +

How long does Mango take to start working?                                                                    +

Can females use Mango?                                                                                        +

Can I take Mango while drinking alcohol?                                                                      +

Can I take Mango while using other illicit drugs?                                                             +

Can I smoke/vape while taking Mango?                                                                          +

Will Mango help me last longer?                                                                               +

Will Mango work for me if other ED medications such as Viagra and Cialis do   +
not?

I typically take a small dose of Tadalafil daily. Can I consume Mango daily?   +

What dosage should I choose?                                                                                  +

How do I take Mango? +

How do I store Mango? +

What does Oxytocin do in Mango? +

How does Mango work faster? +

What does Mango taste like? +

How long does it take to dissolve? +

## Mango Ingredients

Is Mango FDA-approved? +

What does Tadalafil do? +

What does Sildenafil do? +

What does Oxytocin do? +

What does L-arginine do? +

## Hair Growth

When will I see results after taking the Grow hair loss treatment? +

How do you take Grow hair loss treatment? +

How does your Grow hair loss treatment work?                                         +

What are the side effects of Grow?                                                   +

Do I need a prescription to order a Grow hair loss treatment?                        +

Are Grow results permanent?                                                          +

Is Grow suitable for use alongside other hair treatments?                            +

How do I store my Grow hair loss treatment?                                          +

What makes Grow different from the competition?                                      +

## Grow Ingredients

What does Biotin do?                                                                 +

What does Minoxidil do?                                                              +

What does Vitamin D3 do?                                                             +

What does Finasteride do?                                                            +

## Hormone Therapy

What is Testosterone? Why is it important?                                           +

What is KYZATREX™?                                                                   +

I just placed my first order, what's next? +

What should be included in my blood panel? +

How do I upload my bloodwork? +

How do I get my bloodwork? +

Why do I need bloodwork? +

How much does an at-home kit cost? +

What is Trybe Labs? +

What states is the Prime protocol available in? +

Can Prime be taken by men of all ages? +

What are the benefits of Prime by MangoRx? +

What sets Prime apart from other testosterone products on the market? +

Is Prime by MangoRx as effective as TRT? +

## Mojo

What is Mojo? +

Does Mojo affect hematocrit? +

Is Mojo SARMS or anabolic steroids? +

Does Mojo help with erectile dysfunction? +

Can Mojo help with energy levels and mood? +

What are the peak testosterone levels reached by Mojo? +

Does Mojo cause low estrogen? +

Does Mojo cause bruising like Clomid? +

How do I know Mojo works? +

What is the cost and what's included? +

Does Mojo have any adverse side effects (like hair loss)? +

Can Mojo enlarge the prostate? +

Is Mojo safe for diabetics? +

Can Mojo be used for post-cycle therapy? +

What is the difference between Prime and Mojo by MangoRx? Which one +

should I order?

Are blood clots a side effect of Mojo?    +

Will this destroy your liver or kidneys?    +

Does Mojo increase DHT?    +

How does Mojo affect IGF levels?    +

When switching to Mojo, how long should I be off TRT, steroids, SARMs, or SERMs?    +

Does Mojo affect hyperprolactinemia?    +

## Prime

What is Prime by MangoRx, and how does it work?    +

Is Prime by MangoRx as effective as TRT?    +

What sets Prime apart from other testosterone products on the market?    +

What are the benefits of Prime by MangoRx?    +

Can Prime be taken by men of all ages?    +

What is the cost of Prime, and what's included?    +

What states is Prime by MangoRx available in?    +

What is Trybe Labs?	+

How much does an at-home kit cost?	+

Why do I need bloodwork?	+

How do I get my bloodwork?	+

How do I upload my bloodwork?	+

What should be included in my blood panel?	+

I just placed my first order, what's next?	+

What is KYZATREX™?	+

What is the difference between Prime and Mojo by MangoRx? Which one should I order?	+

## Slim

What is Slim by MangoRx?	+

What is the benefit of taking Slim as an Oral Dissolvable Tablet (ODT)?	+

Is Slim a stimulant?	+

In what dosages is Slim available?                                                                                    +

What are some side effects attributed to Slim?                                                                         +

Are there any foods or medications to avoid while taking Slim?                                                         +

How much does Slim cost?                                                                                              +

How do I order Slim?                                                                                                  +

## Trim

What is Trim by MangoRx?                                                                                              +

What is the benefit of taking Trim as an Oral Dissolvable Tablet (ODT)?                                               −

Trim as an ODT is taken once daily (or as directed by your provider) and dissolves in your mouth,
entering the blood stream directly through the oral mucosa. As an ODT, this eliminates the potential for
dosing errors attributed to certain injectable formats and offers a more convenient, discreet and non-
invasive option.

Is Trim a stimulant?                                                                                                  +

In what dosages is Trim available?                                                                                    +

What are some side effects attributed to Trim?                                                                        +

Are there any foods or medications to avoid while taking Trim?                                                        +

How much does Trim cost?                                                    +

How do I order Trim?                                                         +

> More Information | **How It Works** | The Fine Print
>
> ### The Weigh Trim Works
>
> Each component of Mango Trim's revolutionary formula is chosen to create a safe and effective approach to weight management.
>
> - Tirzepatide: Tirzepatide works by regulating appetite and food intake. It magnifies the effects of the glucagon-like peptide-1 (GLP-1) and glucose-dependant insulinotropic polypeptide (GIP) receptors, allowing them to extend their activity for days. This allows the body to better regulate appetite and food intake, leading to weight loss and glycemic control. To sum it up: take Trim, feel less hungry, and lose weight more easily.
> - Citrus-Flavored Orally Dissolvable Tablet (ODT): Our once-daily dissolvable tablets allow for discreet, on-the-go consumption. No weekly shots, no needles, just a citrus-flavored tablet between you and your dream body.
>
> Ready to take the next step? Schedule a free, 100% online consultation with one of our licensed professionals to learn if Mango Trim is right for you.

Source: https://mangorx.com/Product/Trim

> **More Information** | How It Works | The Fine Print
>
> ### Treatment That Fits Your Lifestyle
>
> Thanks to the power of Trim by MangoRx, starting your weight loss journey is as easy as enjoying a daily dissolvable, citrus-flavored tablet, as prescribed by your medical provider. Place the RDT (rapid-dissolving tablet) under your tongue until fully dissolved. Do not swallow. Learn more about potential side effects and important safety information before taking Mango Trim.
>
> #### Potential Side-Effects:
>
> Although well-tolerated by most patients, Tirzepatide is known to cause side effects like nausea, upset stomach, diarrhea, and decreased appetite, especially toward the start of treatment. However, more serious reactions, such as decreased appetite, constipation, indigestion, and other gastrointestinal discomfort, can occur. Patients using other diabetes medications should watch for signs of hypoglycemia, such as shakiness, sweating, dizziness, headache, confusion, and weakness. While rare, serious side effects like kidney and gallbladder problems, pancreatitis, thyroid tumors, and allergic reactions can occur. Speak to your medical provider if you experience any of these symptoms.
>
> #### Important Safety Information:
>
> Like any other medication, consult a healthcare provider to ensure Mango Trim is right for you. MangoRx gives you access to personalized care with real, licensed medical professionals to ensure you're getting the perfect treatment. Schedule your free, 100% online consultation and start your journey to a better body today.

Source: https://mangorx.com/Product/Trim

> **What is the benefit of taking Trim as an Oral Dissolvable Tablet (ODT)?**
>
> Trim as an ODT is taken once daily (or as directed by your provider) and dissolves in your mouth, entering the blood stream directly through the oral mucosa. As an ODT, this eliminates the potential for dosing errors attributed to certain injectable formats and offers a more convenient, discreet and non-invasive option.

Source: https://mangorx.com/FAQ.

2

KE 115233948.1