IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:24-CV-2634-D |
| | § | |
| MANGOCEUTICALS, INC. d/b/a MANGORX, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Plaintiff's October 21, 2024 motion for leave to waive local counsel requirement is granted as follows. Subject to further court order, plaintiff is granted leave to proceed without local counsel. Within 14 days of the date defendant files a responsive pleading, defendant may file a written objection to granting of leave, after which the court will determine whether to continue to permit plaintiff to proceed without local counsel. Absent a written objection, the order filed today remains in effect through the conclusion of this case.

**SO ORDERED**.

October 22, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE