# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>MANGOCEUTICALS, INC.<br>D/B/A MANGORX,<br><br>          Defendant. | CASE NO. 3:24-CV-02634<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION AND [PROPOSED ORDER] REGADING ACCEPTANCE OF SERVICE AND TIME TO RESPOND TO COMPLAINT

This stipulation is entered into between Plaintiff Eli Lilly and Company ("Lilly") and Defendant Mangoceuticals, Inc. d/b/a MangoRx ("MangoRx) (collectively, the "Parties").

WHEREAS, Lilly filed its Complaint on October 21, 2024;

WHEREAS, MangoRx, through its undersigned counsel, has agreed to accept service of the Complaint;

WHEREAS, the Parties agree that MangoRx shall respond to the Complaint by January 10, 2025;

NOW, THEREFORE, the Parties hereby stipulate, and the Court orders, as follows:

1. MangoRx agrees that it has been properly served with process in this action.

2. MangoRx's deadline to respond to the Complaint is January 10, 2025.

It is so **ORDERED**

**BY THE COURT**: _____

DATED: December 13, 2024

/s/ *James John Lomeo*
James John Lomeo
State Bar No. 24118993
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone: (512) 678-9100
Fax: (512) 678-9101
james.lomeo@kirkland.com

James F. Hurst (*pro hac vice* forthcoming)
Diana M. Watral (*pro hac vice*)
Robin A. McCue (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
diana.watral@kirkland.com
robin.mccue@kirkland.com

Joshua L. Simmons (*pro hac vice*)
Jeanna M. Wacker (*pro hac vice*)
KIRKLAND & ELLIS, LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.simmons@kirkland.com
jeanna.wacker@kirkland.com

Michael A. Glick (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
michael.glick@kirkland.com

*Attorneys for Plaintiff*
*Eli Lilly and Company*

Respectfully submitted,

/s/ *Mary-Ellen King*
/s/ Mary-Ellen King
Mary-Ellen King
State Bar No. 24067219
LUCOSKY BROOKMAN LLP
7000 North Mopac Expressway, Suite 200
Austin, Texas 78731
Telephone: (512) 298-1182
Fax: (732) 395-4401
meking@lucbro.com

Randy Walters
State Bar No.: 20819480
WALTER BALIDO & CRAIN
Meadow Park Tower
10440 North Central Expressway, Suite 1500
Dallas, TX 7523
Telephone: (214) 204-2100
Fax: (214) 204-2101
randy.walters@wbclawfirm.com

Richard Y. Cheng, Esq., CHC
State Bar No. 24076308
RITTER SPENCER CHENG PLLC
15305 Dallas Parkway, 12th Floor
Addison, Texas 75001
Telephone: (214) 295-5063
rcheng@ritterspencercheng.com

*Attorneys for Defendant Mangoceuticals, Inc.*
*d/b/a MangoRx*