UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY<br>    *Plaintiff*<br><br>V.<br><br>MANGOCEUTICALS, INC. D/B/A MANGO<br>    *Defendant* | CASE NO. 3:24-CV-2634 |

**DEFENDANT MANGOCEUTICAL, INC.'S MOTION TO DISMISS
PURSUANT TO F.R.C.P. 12(B)(6)**

COMES NOW Defendant, Mangoceuticals, Inc. ("Mango"), by and through its undersigned attorneys of record, and hereby submits this motion to dismiss Plaintiff Eli Lilly and Company's Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief may be granted (the "Motion"). The Motion is supported by a Memorandum of Law and a Proposed Order, in accordance with this Court's Local Rules and the applicable Judge Specific Requirements.

Respectfully submitted,

**LUCOSKY BROOKMAN LLP**

*/s/ Mary-Ellen King*
Mary-Ellen King
State Bar No. 24067219
LUCOSKY BROOKMAN LLP
7000 North Mopac Expressway, Suite 200
Austin, Texas 78731
Telephone: (512) 298-1182
Fax: (732) 395-4401
meking@lucbro.com

Samuel L. Blatnick *(pro hac vice application forthcoming)*
7300 W 110th Street, Suite 700
Overland Park, KS 66210

Telephone: (913) 392-8505
sblatnick@lucbro.com

Anne Melton *(pro hac vice application forthcoming)*
111 Broadway, Suite 807
New York, NY 10006
Telephone: (732) 395-4409
amelton@lucbro.com

**WALTERS BALIDO & CRAIN**

Randy Walters
State Bar No.: 20819480
Meadow Park Tower
10440 North Central Expressway
Suite 1500
Dallas, TX 75231
Randy.walters@wbclawfirm.com

**RITTER SPENCER CHENG**

Richard Y. Cheng, Esq., CHC
State Bar No. 24076308
15305 Dallas Parkway, 12th Floor
Addison, Texas 75001
Telephone: (214) 295-5063
rcheng@ritterspencercheng.com

*ATTORNEYS FOR DEFENDANT*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 9th day of January, 2025, a copy of the foregoing has been served on the following counsel of record in this action via electronic filing, pursuant to the Federal Rules of Civil Procedure and applicable Local Rules:

James John Lomeo
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, Texas 78701
Telephone: (512) 678-9100
Facsimile: (512) 678-9101
james.lomeo@kirkland.com

James F. Hurst
Diana M. Watral
Robin A. McCue
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
diana.watral@kirkland.com
robin.mccue@kirkland.com

Joshua L. Simmons
Jeanna M. Wacker
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.simmons@kirkland.com
jeanna.wacker@kirkland.com

Michael A. Glick
Ragan Naresh
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
michael.glick@kirkland.com
ragan.nagash@kirkland.com

                                                */s/ Mary-Ellen King*
                                                Mary-Ellen King