UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY<br>    *Plaintiff*<br><br>V.<br><br>MANGOCEUTICALS, INC. D/B/A<br>MANGO<br>    *Defendant* | CASE NO. 3:24-CV-2634 |

**PROPOSED ORDER GRANTING DEFENDANT MANGOCEUTICAL, INC.'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)(6)**

This matter came before the Court upon the motion of Defendant Mangoceuticals, Inc. ("Defendant") to dismiss Plaintiff Eli Lilly and Company's ("Plaintiff") cause of action for false advertising under Texas common law.  Defendant filed its motion on January    , 2025.

Based upon the briefing submitted to this Court, the Court finds that Plaintiff has failed to allege a cognizable legal theory for false advertising under the Texas common law.

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. Plaintiff's cause of action for common law false advertising is dismissed in its entirety, without prejudice.


    LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: _____            _____
                                                                            Sidney A. Fitzwater
                                                                            United States District Judge